**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**John SIMMONS, Petitioner**

**No. 458 EAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this day of March 7, 2017, the Petition for Allowance of Appeal is **DENIED.**